STEVEN G. ZIEFF (SBN: 84222)
JOHN T. MULLAN (SBN: 221149)
MICHELLE G. LEE (SBN: 266167)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:   (415) 434-0513
Email: sgz@rezlaw.com
Email: jtm@rezlaw.com
Email: mgl@rezlaw.com

Attorneys for Plaintiffs
DAMON CARDINALLI, *et al.*

LONNIE D. GIAMELA (SBN: 228435)
lgiamela@laborlawyers.com
SHAUN J. VOIGT (SBN: 265721)
svoigt@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone:  (949) 851-2424
Facsimile:   (949) 851-0152

Attorneys for Defendant
WIRELESS LIFESTYLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMON CARDINALLI, ROBERT CRANDALL, RENE FRAGOSO, DANIEL GUERRERO, NISHELL JOHNSON, DAISY LARIOS, SHANNON LAW, PAULINE MARTINEZ, JEFFREY MONROY, SENG SAEPHAN, MICHAEL SANTOS, SARAH SCOTT, ERNESTO SEGOVIA, ROBERT RAMIREZ, NICKOLAS ROSS, and STEVEN GIRARD, as individuals and in their representative capacity,<br><br>Plaintiffs,<br><br>v.<br><br>WIRELESS LIFESTYLE, INC., a corporation, and WIRELESS LIFESTYLE, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:15-cv-05268-HSG<br><br>**JOINT STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: November 17, 2015 |

Plaintiffs Damon Cardinalli, Robert Crandall, Rene Fragoso, Daniel Guerrero, Nishell Johnson, Daisy Larios, Shannon Law, Pauline Martinez, Jeffrey Monroy, Seng Saephan, Michael Santos, Sarah Scott, Ernesto Segovia, Robert Ramirez, Nickolas Ross, and Steven Girard ("Plaintiffs"), and Defendants Wireless Lifestyle, Inc. and Wireless Lifestyle, LLC ("Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their initial complaint on November 15, 2015;

WHEREAS, the parties stipulated on January 6, 2016, to Plaintiffs filing a First Amended Complaint primarily for purposes of alleging exhaustion of the administrative requirements pursuant to the Private Attorneys General Act ("PAGA"), which stipulation was granted by order dated January 13, 2016;

WHEREAS, Plaintiffs seek to add an additional Plaintiff, Steven Girard, to pursue claims for unfair business practices under California Business and Professionals Code Section 17200 based on unpaid overtime and meal break violations and unreimbursed business expenses, which claims are already set forth in the First Amended Complaint and are substantially the same as the other Plaintiffs' claims for unfair business practices under California Business and Professionals Code Section 17200;

WHEREAS, Plaintiffs also seek to add an additional Defendant, Wireless Lifestyle, LLC;

WHEREAS, the first Case Management Conference was held on March 1, 2016, where the parties discussed their plan to mediate the case on May 4;

WHEREAS no deadlines or trial date have yet been established in this case;

The Parties, through their undersigned representative counsel of record, hereby stipulate that Plaintiffs shall have leave to file a Second Amended Complaint in this lawsuit primarily for

///
///
///
///
///
///

purposes of adding Plaintiff Steven Girard and Defendant Wireless Lifestyle, LLC.  A copy of the Proposed Second Amended Complaint is attached hereto as Exhibit A.

Respectfully submitted,

Dated: March 10, 2016

*/s/ Lonnie D. Giamela*
LONNIE D. GIAMELA
SHAUN J. VOIGT
FISHER & PHILLIPS LLP
Attorneys for Defendant
WIRELESS LIFESTYLE, INC.

Dated: March 10, 2016

*/s/ Steven G. Zieff*
STEVEN G. ZIEFF
JOHN T. MULLAN
MICHELLE G. LEE
RUDY EXELROD ZIEFF & LOWE LLP
Attorneys for Plaintiffs

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   March 14, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Court