1  LONNIE D. GIAMELA, Bar No. 228435
   lgiamela@laborlawyers.com
2  SHAUN J. VOIGT, Bar No. 265721
   svoigt@laborlawyers.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone (949) 851-2424
5  Facsimile (949) 851-0152

6  Attorneys for Defendant
   WIRELESS LIFESTYLE, INC.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAMON CARDINALLI, ROBERT CRANDALL, RENE FRAGOSO, DANIEL GUERRERO, NISHELL JOHNSON, DAISY LARIOS, SHANNON LAW, PAULINE MARTINEZ, JEFFREY MONROY, SENG SAEPHAN, MICHAEL SANTOS, SARAH SCOTT, ERNESTO SEGOVIA, ROBERT RAMIREZ, NICKOLAS ROSS, and STEVEN GIRARD as individuals and in their representative capacity, | Case No. 3:15-cv-05268-HSG

   *[This case has been assigned to Judge Haywood S. Gilliam, Jr.]*

   **ORDER RE: DEFENDANT WIRELESS LIFESTLYE, INC.'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT JUNE 7, 2016 CASE MANAGEMENT CONFERENCE**

                      Plaintiffs,

        vs.

   WIRELESS LIFESTYLE, INC., a corporation,

                      Defendant.

   **Hearing**

   DATE: June 7, 2016
   TIME: 2:00 p.m.
   CRTRM: 15

   Complaint Filed: Nov. 17, 2015

---

PROPOSED ORDER

FPDOCS 31765064.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON CARDINALLI, ROBERT CRANDALL, RENE FRAGOSO, DANIEL GUERRERO, NISHELL JOHNSON, DAISY LARIOS, SHANNON LAW, PAULINE MARTINEZ, JEFFREY MONROY, SENG SAEPHAN, MICHAEL SANTOS, SARAH SCOTT, ERNESTO SEGOVIA, ROBERT RAMIREZ, NICKOLAS ROSS, and STEVEN GIRARD as individuals and in their representative capacity,<br><br>                Plaintiffs,<br>   vs.<br><br>WIRELESS LIFESTYLE, INC., a corporation,<br><br>                Defendant. | Case No. 3:15-cv-05268-HSG<br><br>*[This case has been assigned to Judge Haywood S. Gilliam, Jr.]*<br><br>**ORDER RE: DEFENDANT WIRELESS LIFESTLYE, INC.'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT JUNE 7, 2016 CASE MANAGEMENT CONFERENCE**<br><br>**Hearing**<br><br>**DATE:  June 7, 2016<br>TIME:  2:00 p.m.<br>CRTRM: 15**<br><br>Complaint Filed: Nov. 17, 2015 |

1

~~PROPOSED~~ ORDER

1     On June 3, 2016, counsel for Defendant Wireless Lifestyle, Inc. requested the Court grant authority for counsel to appear telephonically at the scheduled June 7, 2016 Case Management Conference. Counsel for Defendant Wireless Lifestyle, Inc.'s request to appear telephonically via CourtCall is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: June 3, 2016

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge